Hello, I recently mailed a civil law-suit packet to your office and forgot to add this document inside. The parties involved Antwone Stokes, Nurse Cheek, and officer Alverez, please add this paper

Case number 2:24-CV-01659-AC

Please add this document thank you GOD BLESS

1:24-CV-0691-BAM (PC)

FILED
JUN 20 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

## E. REQUEST FOR RELIEF

State the relief you are seeking: I would like all involved parties to be trained on how to treat people with a mental health problem. I have dealt with my mental health issue for 30 years and get teased about it. We have feelings to. Also the sum of 30,000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6-1-24
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

Respectfully, we have a depose deadline 7-3-24. It is 6-16-24. I believe the defense is stalling to give their co-workers time to intimidate me. This case been going on since 2018. Please dont allow the defense any more time, I have to deal with retailiation everywhere I go. I will not be bullied or intimidated, I'm not educated on motions so im just asking the court to grant my motion for no more extensions on case name

Antwone Stokes v Meier, Pierce. Thank you