# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE STOKES,<br><br>   Plaintiff,<br><br>   v.<br><br>CHEEK, *et al.*,<br><br>   Defendants. | Case No. 1:24-cv-00691-BAM (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY DEFENDANT OKRI SHOULD NOT BE DISMISSED FROM THIS ACTION FOR FAILURE TO PROVIDE SUFFICIENT INFORMATION TO EFFECTUATE SERVICE<br><br>(ECF No. 24) |

Plaintiff Atwone Stokes ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Cheek, Okri, and Alverez ("Defendants") for failure to protect and denial of medical care in violation of the Eighth Amendment.

On December 23, 2024, the Court issued an order directing service on Defendants under the Court's E-Service pilot program for civil rights cases for the Eastern District of California. (ECF No. 20.) However, on January 3, 2025, the Court received information that Defendant Okri could not be identified.

On January 6, 2025, the Court issued an order for Plaintiff to show cause why Defendant Okri should not be dismissed from this action under Federal Rule of Civil Procedure 4(m) for failure to provide sufficient information to effectuate service. (ECF No. 24.) On January 10,

2025, before Plaintiff could file a response, the Court received information that Defendant Okri has been identified, with the correct spelling of "Orcullo."

In light of this information, the order to show cause, (ECF No. 24), is HEREBY DISCHARGED. Service on Defendant Okri (Orcullo) will proceed under the Court's E-Service pilot program.

IT IS SO ORDERED.

Dated: **January 14, 2025**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE