**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTWONE STOKES, | ) Case No.: 1:24-cv-00691-FJS (PC) |
| Plaintiff, | )<br>) |
| v. | ) ORDER THAT INMATE ANTWONE STOKES IS<br>) NO LONGER NEEDED AS A WITNESS IN<br>) THESE PROCEEDINGS, AND THE WRIT OF |
| CHEEK, *et al.*, | ) HABEAS CORPUS AD TESTIFICANDUM IS<br>) DISCHARGED |
| Defendants. | )<br>) |
| | ) |

Plaintiff Antwone Stokes is a state prisoner appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on May 8, 2026. Inmate Antwone Stokes, CDCR #BX-0943, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**May 8, 2026**__ _____

STANLEY A. BOONE
United States Magistrate Judge