# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANTWONE STOKES,

      Plaintiff,

  v.

CHEEK, et al.,

      Defendants.

Case No.  1:24-cv-00691-FJS

ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS

**THIRTY-DAY DEADLINE**

On May 8, 2026, a settlement conference was conducted before the undersigned at which the parties reached a settlement agreement in the following cases.

1.     <u>Stokes v. Cheek, et al.</u>, No. 1:24-cv-00691-FJS (E.D. Cal.)

2.     <u>Stokes v. Lopez</u>, No. 1:24-cv-01280-CDB (E.D. Cal.)

3.     <u>Stokes v. Jenks</u>, No. 2:24-cv-02715-DJC-EFB (E.D. Cal.)

4.     <u>Stokes v. Rose, et al.</u>, No. 2:25-cv-03535-ODW-AGR (C.D. Cal.)

5.     <u>Stokes v. Gonzalez, et al.</u>, No. 2:25-cv-05958-ODW-AGR (C.D. Cal.)

6.     <u>Stokes v. CDCR, et al.</u>, No. 2:26-cv-00238-AC (E.D. Cal.)

Following the entry of this order in the lead case, the Court will issue appropriate orders in the matters pending in the Eastern District of California.[1]

---

[1] This order does not intend to vacate dates or set deadlines to file dispositional documents in the matters pending in the Central District of California.

Accordingly, as to the case at bar, the Court will vacate all dates and order the parties to file dispositional documents within thirty days.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1.    All pending matters and dates in this action are VACATED;

2.    The parties shall file dispositional documents within **thirty (30) days** of entry of this order.  Any request for an extension must be supported by good cause.  L.R. 160(b); and

3.    The Clerk of the Court is DIRECTED to notify the Central District of California of this order.

IT IS SO ORDERED.

Dated:    **May 8, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

2