UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE STOKES, | Case No. 1:24-cv-00691-FJS (PC) |
| Plaintiff, | ORDER REGARDING STIPULATIONS FOR VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| CHEEK, *et al.*, | (ECF Nos. 67, 68) |
| Defendants. | |

Plaintiff Antwone Stokes ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

Currently before the court are stipulations for voluntary dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by defense counsel. (ECF Nos. 67, 68.) The stipulations are signed and dated by Plaintiff and counsel for Defendants and indicate that each party shall bear their own litigation costs and attorney's fees.

Accordingly, this action is terminated by operation of law without further order from the court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **May 14, 2026**

UNITED STATES MAGISTRATE JUDGE