UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE STOKES, | Case No.  1:24-cv-00691-FJS (PC) |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTIONS REGARDING STATUS OF SETTLEMENT |
| v. | |
| CHEEK, *et al.*, | (ECF Nos. 70, 71) |
| Defendants. | TWENTY-ONE (21) DAY DEADLINE |

Plaintiff Antwone Stokes ("Plaintiff") is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 8, 2026, a settlement conference was held before Magistrate Judge Stanley A. Boone. The case was settled and the parties were directed to file dispositive documents. (ECF Nos. 63, 65.)

On May 11, 2026, Defendants filed a notice of settlement. (ECF No. 66.) On May 12 and May 13, 2026, Plaintiff and counsel for Defendants filed stipulations to dismiss all claims in this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF Nos. 67, 68.) The action was then closed. (ECF No. 69.)

Currently before the court are Plaintiff's motions regarding status of settlement, filed June 29 and July 6, 2026. (ECF Nos. 70, 71.) Plaintiff indicates that he has not yet received the settlement funds and expresses concern that he will be unable to receive the funds due to his

upcoming parole date. (*Id.*)

The court finds it appropriate to obtain a response from Defendants regarding the motions. Accordingly, Defendants SHALL FILE a brief response to Plaintiff's motions, (ECF No. 70, 71), within twenty-one (21) days from the date of this order. Defendants should specifically provide any relevant information regarding the processing and handling of Plaintiff's settlement funds should payment not occur before Plaintiff's upcoming parole date.

IT IS SO ORDERED.

Dated:   **July 10, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2